**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Robert Heilman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Work Force Safety, Bismarck, ND, ) | |
| and Janet Demarass Seaworth, ) | |
| Administrative Hearing Judge, ) | Case No. 4:12-cv-066 |
| ) | |
| Defendants. ) | |

On June 25, 2012, the undersigned issued an Report and Recommendation re § 1915 Screening in the above entitled action. Plaintiff contacted the court requesting additional time to file objections. Plaintiff's request is **GRANTED**. Plaintiff shall have August 13, 2012, to file objections to the Report and Recommendation.

**IT IS SO ORDERED.**

Dated this 13th day of July, 2012.

 */s/ Charles S. Miller, Jr.*
 Charles S. Miller, Jr.
 United States Magistrate Judge